SIMON E. BERNHEIMER et al.

*v.*

WILLIAM P. VERDON et al.

[Filed June 19th, 1901.]

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *49 Atl. Rep. 752.*

*Mr. John J. Fallon,* for Bernheimer.

*Mr. Robert S. Hudspeth,* for Verdon.

PER CURIAM.

The decree appealed from by both sides in this case is affirmed, for the reasons given in the court of chancery, except that the date of January 31st, 1900, stated by mistake in the decree, should be changed to January 31st, 1899.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, COLLINS, FORT, GARRETSON, HENDRICKSON, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM—15.

*For reversal*—None.